UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

NEWARK, NEW JERSEY 07101

CAMDEN OFFICE
401 MARKET STREET
CAMDEN, NJ 08101

TRENTON OFFICE

402 EAST STATE STREET

~~October 26, 2006~~

ROOM 2020
TRENTON, NJ 08603

REPLY TO: TRENTON

CLEARY & JOSEM LLP
**Attn: JEREMY MEYER**
ONE LIBERTY PLACE, 51ST FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103

> RE: DISTRICT 65 PENSION PLAN, et al v. DEMARCO
> CALIFORNIA FABRICS, INC., et al
> Civil 07-1232 (MLC)

Dear Counsel:

    Returned herein is your proposed Summonses in this entitled matter.

    The summonses are not being issued as they are incomplete. It is the policy of this office to require the complete caption of the case to be shown on the summons. Please note, there is to be no "et als" in the caption.

    If you have any questions, please feel free to contact this office.

                        Very truly yours

                         S/Todd M. Phillippi

Todd M. Phillippi, DEPUTY CLERK

Case 1:07-cv-00543-WCH-JJH Document 32 Filed 07/25/2007 Page 2 of 2

Todd M. Phillippi, DEPUTY CLERK