## LAZARUS & LAZARUS, P.C.
### COUNSELLORS AT LAW

240 MADISON AVENUE  
NEW YORK, N.Y. 10016

AREA CODE 212  
889-7400

TELECOPIER  
212-684-0314

TELEX  
238790 NYK

April 17, 2007

*Via Facsimile & First Class Mail To:*

**CLEARY & JOSEM LLP**  
One Liberty Place, 51st Floor  
1650 Market Street  
Philadelphia, Pennsylvania 19103  
Attention: **JEREMY E. MEYER, ESQ.**



*In Re*: <u>DISTRICT 65 PENSION PLAN, By Its Trustees Pablo Valcarcel, Beverly Gans, Zarko Rajacich, Herbert Riclin and Sergio Acosta v. DEMARCO CALIFORNIA FABRICS, INC., Michael Marco, Max Marco, Pearl Ann Marco Daniel Marco Index No.: 07-1232(MLC)</u>

## WITHOUT PREJUDICE

Dear Counselor:

    On behalf of each of the Defendants named above and without prejudice to any and all defenses of the said Defendants, I accept service of Summons & Complaint herein before serviced and filed herein.

    An Answer is due to be filed on or before May 26, 2007.

Very truly yours,

Harlan M. Lazarus

HML/wea