FOX ROTHSCHILD LLP
Keith R. McMurdy, Esq.
Lauren J. Talan, Esq.
75 Eisenhower Parkway
Roseland, New Jersey 07068
Tel: (973) 992-4800 Fax: (973) 992-9125
kmcmurdy@foxrothschild.com
ltalan@foxrothschild.com

Attorneys for Defendants Demarco California Fabrics, Inc.,
Michael Marco, Max Marco, Pearl Ann Marco and
Daniel Marco

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Trenton Vicinage

| | |
|---|---|
| DISTRICT 65 PENSION PLAN, by its Trustees, BEVERLY GANS, ZARKO RAJACICH, HERBERT RICKLIN and SERGIO ACOSTA,<br><br>Plaintiffs,<br><br>-against-<br><br>DEMARCO CALIFORNIA FABRICS, INC., MICHAEL MARCO, MAX MARCO, PEARL ANN MARCO and DANIEL MARCO, and Does 1 through 10<br><br>Defendants. | Civil Action No. 3:07-cv-01232 (MLC)(JJH)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**<br><br>**DOCUMENT ELECTRONICALLY FILED** |

PLEASE TAKE NOTICE that I, Lauren J. Talan, Esq., an attorney-at-law at Fox

Rothschild, LLP, respectfully request that the Court enter my appearance as counsel on behalf of

defendants, Demarco California Fabrics, Inc., Michael Marco, Max Marco, Pearl Ann Marco and

Daniel Marco in this matter and requests that copies of all papers in this action be served upon the undersigned.

                                                             FOX ROTHSCHILD, LLP
                                                             Attorneys for Defendants Demarco California Fabrics, Inc., Michael Marco, Max Marco, Pearl Ann Marco and Daniel Marco

Mail to:  ltalan@foxrothschild.com

                                                             By: /s/    Lauren J. Talan
                                                                   LAUREN J. TALAN
                                                                   75 Eisenhower Parkway
                                                                   Roseland, New Jersey 07068
                                                                   (973) 992-4800
                                                                   (973)992-9125 Fax

Dated:  May 29, 2007

RL1 580504v1 05/29/07