FOX ROTHSCHILD LLP
Keith R. McMurdy, Esq.
Lauren J. Talan, Esq.
75 Eisenhower Parkway
Roseland, New Jersey 07068
Tel: (973) 992-4800 Fax: (973) 992-9125
kmcmurdy@foxrothschild.com
ltalan@foxrothschild.com

Attorneys for Defendants Demarco California Fabrics, Inc.,
Michael Marco, Max Marco, Pearl Ann Marco and
Daniel Marco

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**Trenton Vicinage**

| | |
|---|---|
| DISTRICT 65 PENSION PLAN, by its Trustees, BEVERLY GANS, ZARKO RAJACICH, HERBERT RICKLIN and SERGIO ACOSTA, <br><br>     Plaintiffs, <br><br>     -against- <br><br> DEMARCO CALIFORNIA FABRICS, INC., MICHAEL MARCO, MAX MARCO, PEARL ANN MARCO and DANIEL MARCO, and Does 1 through 10 <br><br>     Defendants. | Civil Action No. 3:07-cv-01232 (MLC)(JJH) |

## PROOF OF SERVICE
### (via U.S. Mail)

I am over the age of 18 and not a party to this action. On this date, I caused to be served

a true copy of the attached:

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

RL1 580523v1 05/29/07

on the party listed below via first class United States mail, postage prepaid, sent to the attorneys

of record at their last known address as follows:

> Regina C. Hertzig, Esq.
> Jeremy E. Meyer, Esq.
> Cleary & Josem, LLP
> One Liberty Place, 51st Floor
> 1650 Market Street
> Philadelphia, PA 19103

Service was also completed through use of the Electronic Case Filing of the Clerk of

Courts for the United States District Court for the District of New Jersey.

I do so certify.

s/Lauren J. Talan
LAUREN J. TALAN

Dated: May 29, 2007