FOX ROTHSCHILD LLP
Keith R. McMurdy, Esq.
Lauren J. Talan, Esq.
75 Eisenhower Parkway
Roseland, New Jersey 07068
Tel: (973) 992-4800 Fax: (973) 992-9125
kmcmurdy@foxrothschild.com
ltalan@foxrothschild.com

Attorneys for Defendants Demarco California Fabrics, Inc.,
Michael Marco, Max Marco, Pearl Ann Marco and
Daniel Marco

RECEIVED
JUN 1 1 2007
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Trenton Vicinage

| | |
|---|---|
| DISTRICT 65 PENSION PLAN, by its Trustees, BEVERLY GANS, ZARKO RAJACICH, HERBERT RICKLIN and SERGIO ACOSTA, <br><br> Plaintiffs, <br><br> -against- <br><br> DEMARCO CALIFORNIA FABRICS, INC., MICHAEL MARCO, MAX MARCO, PEARL ANN MARCO and DANIEL MARCO, and Does 1 through 10 | Civil Action No. 3:07-cv-01232 (MLC)(JJH) <br><br> **CONSENT ORDER ADMITTING HARLAN M. LAZARUS, ESQUIRE** *PRO HAC VICE* |

This matter comes before the Court upon the submission of this Consent Order by Defendants Demarco California Fabrics, Inc., Michael Marco, Max Marco, Pearl Ann Marco and Daniel Marco (collectively "Defendants"), by and through their counsel, Fox Rothschild LLP, to admit Harlan M. Lazarus, Esquire to the bar of this Court *pro hac vice*; and counsel for the Plaintiffs having granted

RL1 580791v1 06/01/07

consent; and good cause having been shown;

IT IS on this ___ day of June, 2007:

ORDERED that Harlan M. Lazarus, Esquire, who is a member in good standing of the bar of New York, be permitted to appear on behalf of Defendants *pro hac vice*, provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Keith M. McMurdy, Esquire or Lauren J. Talan, Esq., counsel of record for Defendants, and members of good standing of the New Jersey Bar and the bar of this Court, who shall be held responsible for said papers and for the conduct of the cause and who shall be present before the Court during all steps of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted herein, and it is

FURTHER ORDERED that for the duration of this case, Harlan M. Lazarus, Esquire shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days of the date of the entry of this Order; and it is

FURTHER ORDERED that Harlan M. Lazarus, Esquire, shall make payment of $150.00 payable to the "Clerk, USDC" upon entry of this Order; and it is

FURTHER ORDERED that Harlan M. Lazarus, Esquire, shall be bound by the general and Admiralty Rules of the United States District Court for the District of New Jersey, including the provisions of L. CIV. R. 104.1 Discipline of Attorneys; and it is

FURTHER ORDERED that Harlan M. Lazarus, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey's contingent fee rule, pursuant to New Jersey Court Rule 1:21-7, as amended; and it is

RL1 580791v1 06/01/07

FURTHER ORDERED that Harlan M. Lazarus, Esquire, is within the disciplinary jurisdiction of this Court.

SO ORDERED:

---

JOHN J. HUGHES
UNITED STATES MAGISTRATE JUDGE

Stipulated as to form and content:

**CLEARY & JOSEM, LLP**
Attorneys for Plaintiffs District 65 Pension Plan, by its Trustees, Beverly Gans, Zarko Rajacich, Herbert Ricklin and Sergio Acosta

By: _____
Jeremy E. Meyer, Esq.

Dated: June 6, 2007

**FOX ROTHSCHILD, LLP**
Attorneys for Defendants Demarco California Fabrics, Inc., Michael Marco, Max Marco, Pearl Ann Marco and Daniel Marco

By: _____
Lauren J. Talan, Esq.

Dated: June 7, 2007

RL1 580791v1 06/01/07