**LAZARUS & LAZARUS, P.C.**
*Attorneys for* DEMARCO CALIFORNIA FABRICS, INC.
240 Madison Avenue, 8th Floor
New York, New York 10016
Tel. 212 889-7400
**Harlan M. Lazarus, Esq. {HML-0268}**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
DISTRICT 65 PENSION PLAN, by its
Trustees, BEVERLY GANS, ZARKO
RAJACICH, HERBERT RICKLIN and
SERGIO ACOSTA,

Civil Action No. 3:07-cv-01232
(MLC)(JJH)

                      Plaintiffs,

    -against-

DEMARCO CALIFORNIA FABRICS, INC.,
MICHAEL MARCO, MAX MARCO, PEARL
ANN MARCO and DANIEL MARCO,
and Docs 1 through 10

                      Defendants.
-----------------------------------------------------------X

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE, that the undersigned appears herein as counsel for **DEMARCO CALIFORNIA FABRICS, INC.** in connection with the above captioned proceedings, and pursuant to Federal Rules of Civil Procedure hereby requests that our firm be added to the mailing list maintained by the Clerk of the United States District Court, District of New Jersey, and that all notices given or required to be given, and all papers served or required to be served in these proceedings be given to and served upon: **Harlan M. Lazarus, Esq.**, Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Floor, New York City, New York 10016.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only notices and papers referred to in Federal Rules of Civil Procedure but also includes without limitation, notices of any answering or reply papers, complaints, demands, hearings, motions, orders, petitions, requests, memoranda and briefs in support of any of the foregoing, and any other documents brought before this Court with respect to these proceedings whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise.

Respectfully submitted this 14th day of June, 2007.

LAZARUS & LAZARUS, P.C.
*Attorneys for DEMARCO CALIFORNIA FABRICS, INC.*

By: _____
HARLAN M. LAZARUS, ESQ. (HML-0268)
240 Madison Avenue
New York, New York 10016
Tel. (212) 889-7400

To: **CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
Clarkson S. Fisher Building &
U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

**CLEARY & JOSEM, LLP**
*Attorneys for Plaintiffs District 65 Pension Plan*
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
Attention: **JEREMY E. MYERS, ESQ.**

**FOX ROTHSCHILD, LLP**
Attorneys for Defendants *DeMarco California Fabrics, Inc.*,
75 Eisenhower Parkway
Roseland, New Jersey 07068
Attention: **LAUREN J. TALAN, ESQ.**