UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
DISTRICT 65 PENSION PLAN, by its
Trustees, BEVERLY GANS, ZARKO
RAJACICH, HERBERT RICKLIN and
SERGIO ACOSTA,

                Plaintiffs,

   -against-

DEMARCO CALIFORNIA FABRICS, INC.,
MICHAEL MARCO, MAX MARCO, PEARL
ANN MARCO and DANIEL MARCO,
and Docs 1 through 10

               Defendants.
-----------------------------------------------------------X

Civil Action No. 3:07-cv-01232
(MLC)(JJH)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                          ) SS.:
COUNTY OF NEW YORK )

     **NANCY M. SANSEVERINO**, being duly sworn, deposes and says:

     I am not a party to this action, I am over the age of 18 years and I reside in Kings County.

     On June 14, 2007, I mailed a true and exact copy of the within document titled: **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF DOCUMENTS,** by depositing said true copy, in a sealed pre-paid envelope, for overnight delivery under the exclusive care and custody of Federal Express Couriers located within this City and State, properly addressed for delivery to the following person(s):

     **CLEARY & JOSEM, LLP**
     *Attorneys for Plaintiffs District 65 Pension Plan*
     One Liberty Place, 51st Floor
     1650 Market Street
     Philadelphia, Pennsylvania 19103
     Attention:  **JEREMY E. MYERS, ESQ.**

**FOX ROTHSCHILD, LLP**
Attorneys for Defendants *DeMarco California Fabrics, Inc.*,
75 Eisenhower Parkway
Roseland, New Jersey 07068
Attention: **LAUREN J. TALAN, ESQ.**

*Nancy M. Sanseverino*
NANCY M. SANSEVERINO

Sworn to before me this 14th day of June, 2007

By: _____
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 20 11

2