FOX ROTHSCHILD LLP
Keith R. McMurdy, Esq.
Lauren J. Talan, Esq.
75 Eisenhower Parkway
Roseland, New Jersey 07068
Tel: (973) 992-4800 Fax: (973) 992-9125
kmcmurdy@foxrothschild.com
ltalan@foxrothschild.com

Attorneys for Defendants Demarco California Fabrics, Inc.,
Michael Marco, Max Marco, Pearl Ann Marco and
Daniel Marco

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Trenton Vicinage

| | |
|---|---|
| DISTRICT 65 PENSION PLAN, by its Trustees, BEVERLY GANS, ZARKO RAJACICH, HERBERT RICKLIN and SERGIO ACOSTA,<br><br>Plaintiffs,<br><br>-against-<br><br>DEMARCO CALIFORNIA FABRICS, INC., MICHAEL MARCO, MAX MARCO, PEARL ANN MARCO and DANIEL MARCO, and Does 1 through 10<br><br>Defendants. | Civil Action No. 3:07-cv-01232 (MLC)(JJH) |

### REQUEST BY LOCAL COUNSEL
### FOR PRO HAC VICE ATTORNEY
### TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

RL1 582307v1 06/19/07

2.  If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

*(signature)*
Lauren J. Talan, Esq.
(Signature of Local Counsel)

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

Name:     <u>Harlan M. Lazarus</u>

Address:  <u>240 Madison Avenue</u>
          <u>New York, New York 10016</u>

e-Mail:   <u>hmllaw@att.net</u>

RL1 582307v1 06/19/07