

**Fox Rothschild** LLP
ATTORNEYS AT LAW

75 Eisenhower Parkway
Roseland, NJ 07068
Tel 973.992.4800 Fax 973.992.9125
www.foxrothschild.com

**Formerly Grotta, Glassman & Hoffman, P.C.**

Theodore M. Eisenberg, Esq.
Office Managing Partner

Lauren Talan
Direct Dial: (973) 994-7514
Email Address: ltalan@foxrothschild.com

July 6, 2007

**VIA ECF**
Hon. Mary L. Cooper
United States District Court
72 Clarkson S. Fischer Federal Building
 & U.S. Courthouse
402 East State Street, Room 6000
Trenton, NJ 08608

Re: District 65 Pension Plan, *et al.* v. Demarco California Fabrics Inc., *et al.*
Civil Action No 3:07-cv-01232 (MLC) (JJH)

Dear Judge Cooper:

We represent defendants Demarco California Fabrics, Inc., Michael Marco, Max Marco, Pearl Ann Marco and Daniel Marco (collectively "Defendants") in the above referenced matter. This letter is being submitted in response to the Court's Order to Show Cause for a Transfer of Venue to the Southern District of New York.

Defendants have no objection to a transfer of venue to the Southern District of New York. In the event the Plaintiff submits any opposition, Defendants will rely on Your Honor's arguments in support of the transfer. Thank you.

Respectfully submitted,

*Lauren Talan*
Lauren Talan

cc: Jeremy F. Meyer, Esq.
 Harlan M. Lazarus, Esq.
 Keith McMurdy, Esq.