# CLEARY JOSEM



CLEARY & JOSEM LLP
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
215.735.9099
Fax: 215.640.3201
www.clearyjosem.com
E-Mail: labor@clearyjosem.com



Jeremy E. Meyer
jmeyer@clearyjosem.com
Admitted in PA, NJ & IL
Also associated with Schwarz, Cleary,
 Josem & Schwarz

July 10, 2007

**Via ECF**

Honorable Mary L. Cooper
United States District Court
72 Clarkson S. Fischer Federal Building
 & U.S. Courthouse
402 East State Street, Room 6000
Trenton, NJ 08608

   **Re:** **District 65 Pension Plan et. al. v. Demarco California Fabrics, et. al.**
     **Civil Action No. 07-01232**

Dear Judge Cooper:

This office represents the Plaintiffs in the above matter. Please consider this letter as the Plaintiffs' response to the Court's Julu 3, 2007 Order to Show Cause.

Plaintiffs will not oppose the transfer of venue to the Souther District of New York.

Thank you for your attention to this matter.

Respectfully submitted,

JEREMY E. MEYER
 cc: Harlan M. Lazarus, Esquire
   Lauren Talan, Esquire

---

Schwarz, Cleary Josem & Schwarz LLC is a partnership of the law firms of
Cleary & Josem LLP and Schwarz & Schwarz PC

New Jersey Office ◆ 450 Tilton Road, Suite 220 ◆ Northfield, NJ 08225-1259
609.407.0222 ◆ Fax: 609.484.0897