```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| DISTRICT 65 PENSION PLAN, et al., | CIVIL ACTION NO. 07-1232 (MLC) |
|  | **O R D E R** |
| Plaintiffs, |  |
| v. |  |
| DE MARCO CALIFORNIA FABRICS, INC., et al., |  |
| Defendants. |  |

For the reasons stated in the Court's memorandum opinion, **IT IS** on this   11th   day of July, 2007, **ORDERED** that the Court's order to show cause why the action should not be transferred (dkt. entry no. 10) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the action be **TRANSFERRED** to the United States District Court for the Southern District of New York; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED**.


                                    s/ Mary L. Cooper
                                 **MARY L. COOPER**
                                 United States District Judge