UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DISTRICT 65 PENSION PLAN, by its Trustees,
PABLO VALCARCEL, BEVERLY GANS,
ZARKO RAJACICH, HERBERT RICKLIN
and SERGIO ACOSTA,

**Index No.:**
**07cv06543(WHP)**

Plaintiffs,

-vs-

DEMARCO CALIFORNIA FABRICS, INC.,
MICHAEL MARCO, MAX MARCO, PEARL
ANN MARCO, and DANIEL MARCO, and
DOES 1 though 10,

Defendants.
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE OF LAZARUS & LAZARUS, P.C., ON BEHALF OF DEFENDANTS

SIRS:

PLEASE TAKE NOTICE, that the undersigned appears herein as counsel for Defendants, DEMARCO CALIFORNIA FABRICS, INC., MICHAEL MARCO, MAX MARCO, PEARL ANN MARCO, and DANIEL MARCO, and DOES 1 though 10 (the "Defendants"), in the above captioned action.

PLEASE TAKE FURTHER NOTICE, that the Defendants, hereby appear in the above entitled action, and that the undersigned has been retained as Attorneys for said Defendants and demands that copies of any and all papers in this action be served upon the undersigned at the office and post office address stated below.

I certify that I am admitted to practice in this court.

Dated: New York, New York
       July __, 2007

Respectfully submitted,
LAZARUS & LAZARUS, P.C.

By: _____
HARLAN M. LAZARUS, ESQ.{HML-0268}
240 Madison Avenue, 8th. Floor
New York, New York, 10016
(212) 889-7400

TO:  **CLEARY & JOSEM, LLP**
One Liberty Place
1650 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
**Attention: JEREMY EDWARD MEYER**