UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DISTRICT 65 PENSION PLAN, by its Trustees,
PABLO VALCARCEL, BEVERLY GANS,
ZARKO RAJACICH, HERBERT RICKLIN          **Index No.:**
and SERGIO ACOSTA,
                                          **07cv06543(WHP)**
                         Plaintiffs,

-vs-

DEMARCO CALIFORNIA FABRICS, INC.,
MICHAEL MARCO, MAX MARCO, PEARL
ANN MARCO, and DANIEL MARCO, and
DOES 1 though 10,
                         Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NEW YORK   )

   Carissa A. Schumacher, being duly sworn, deposes and says:

   I am not a party to this action, I am over the age of 18 years and I reside in Somerset County.

   On July 26, 2007, I mailed true copies of the following document: **NOTICE OF APPEARANCE OF LAZARUS & LAZARUS, P.C., ON BEHALF OF DEFENDANTS**; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

   **CLEARY & JOSEM, LLP**
   One Liberty Place
   1650 Market Street, 51st Floor
   Philadelphia, Pennsylvania 19103
   **Attention: JEREMY EDWARD MEYER**

_____
                                                    Carissa A. Schumacher

Sworn to before me this ___ of July, 2007

_____
   Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 20 11