USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
DISTRICT 65 PENSION PLAN by its trustees, :
PABLO VALCAREL, BEVERLY GANS,
ZARKO RAJACICH, HERBERT RICKLIN, :
and SERGIO ACOSTA,
                                        Plaintiffs,          07 Civ. 6543 (WHP)

                -against-                 SCHEDULING ORDER NO. 1

DEMARCO CALIFORNIA FABRICS, INC.,
MICHAEL MARCO, MAX MARCO, PEARL :
ANN MARCO, DANIEL MARCO and DOES
1 THROUGH 10, :

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Counsel to the parties having appeared before the Court for an initial pre-trial conference on November 9, 2007, the following schedule is established on consent:

1. All discovery is to be completed by April 30, 2008;

2. The parties are to submit a joint pre-trial order in accord with this Court's Individual Practices by May 30, 2008;

3. A final pre-trial conference will be held on June 6, 2008 at 11:00 a.m.

Dated:    November 13, 2007
           New York, New York

                                              SO ORDERED:

                                              WILLIAM H. PAULEY III
                                                  U.S.D.J.

*Counsel of Record*:

Jeremy Edward Meyer, Esq.
Cleary & Josem, LLP
One Liberty Place, 1650 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiffs*

Harlan Mitchell Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York, NY 10016
*Counsel for Defendants*