```
USDC SDNY                PAULEY, S
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DISTRICT 65 PENSION PLAN by its trustees
PABLO VALCARCEL, BEVERLY GANS,:
ZARKO RAJACICH, HERBERT RICKLIN,
and SERGIO ACOSTA,
               Plaintiffs

           v.

DEMARCO CALIFORNIA FABRICS, INC.,
MICHAEL MARCO, MAX MARCO, PEARL
ANN MARCO, DANIEL MARCO and DOES
1 THROUGH 10,
               Defendants
-----------------------------------------------------------x

NO. 07-cv-6543 (WHP)

STIPULATION OF DISMISSAL

    Except as provided in the Consent Judgment, all other claims of liability in this lawsuit, including any and all claims of liability against Defendants Michael Marco, Max Marco, Pearl Ann Marco and Daniel Marco, be and hereby is dismissed with prejudice.

_____
Jeremy P. Meyer, Esquire
Attorney for Plaintiffs

_____
Gilbert Lazarus, Esquire
Attorney for Defendants

SO ORDERED.

_____
WILLIAM H. PAULEY, III, U.S.D.J.
6/26/08