USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x

DISTRICT 65 PENSION PLAN by its trustees :    NO. 07-cv-6543 (WHP)
PABLO VALCARCEL, BEVERLY GANS, :
ZARKO RAJACICH, HERBERT RICKLIN, :
and SERGIO ACOSTA, :
               Plaintiffs :

      v. :

DEMARCO CALIFORNIA FABRICS, INC.. :
MICHAEL MARCO, MAX MARCO, PEARL :
ANN MARCO, DANIEL MARCO and DOES :
1 THROUGH 10, :    **CONSENT JUDGMENT**
            Defendants :

----------------------------------------------------x

       Defendant, DeMarco California Fabrics, Inc. hereby consents to the entry of Judgment

for $141,385.29.

Jeremy E. Meyer, Esquire           Gilbert Lazarus, Esquire
Attorney for Plaintiffs             Attorney for Defendants

The Clerk of the Court is directed
to mark this case closed.

**SO ORDERED.**

WILLIAM H. PAULEY, III, U.S.D.J.
6/26/08

9       THIS DOCUMENT WAS ENTERED
              ON THE DOCKET ON _____